AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

GABRIEL GIGENA,

         Plaintiff,

v.

STEPHEN B. RYE, *et al.*,

         Defendants.

JUDGMENT

Case Number:   3:23-cv-00552MMD-CLB

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to this court's order filed January 24, 2024 (ECF No. 11), Gigena's Amended Complaint (ECF No. 9) is **dismissed** with prejudice.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: January 24, 2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*