UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GABRIEL GIGENA, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br>STEPHEN B. RYE, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-00552-MMD-CLB<br><br>ORDER |

　　　This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. (ECF No. 18.) This Court certifies that any *in forma pauperis* appeal from its order of dismissal would be frivolous or would not be taken "in good faith" under 28 U.S.C. § 1915(a)(3). Plaintiff Gabriel Gigena's *in forma pauperis* status should be revoked on appeal.[1] *See Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous).

　　　DATED THIS 15th Day of February 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Trevor Allen Oranday did not file an application to proceed *in forma pauperis*. The Court dismissed Oranday's claims after screening the original complaint. (ECF No. 8.) The notice of appeal (ECF No. 16) and purported amended notice of appeal (ECF No. 19) do not reference the order dismissing Oranday's claims, and therefore, Oranday does not appear to be a proper party to this appeal. In any event, the Court finds that any *in forma pauperis* appeal from either or both Plaintiffs would be frivolous.